**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-1883**

—————

JOUAN JABEZ JACKSON,

Plaintiff - Appellant,

versus

SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-00-820-2)

—————

Submitted: October 4, 2001            Decided: October 11, 2001

—————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Jouan Jabez Jackson, Appellant Pro Se. Susan Lynn Watt, Kent Pendleton Porter, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Deborah Feustle Blair, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jouan Jabez Jackson appeals the district court's order dismissing his petition for judicial review pursuant to 42 U.S.C.A. § 405(g) (West Supp. 2001) of a Social Security Administration ruling. Appellant's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Appellant that the failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Appellant failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Appellant has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2